# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Rafael Brea,
)
)
     Plaintiff,  )  **JUDGMENT IN A CIVIL CASE**
  v.  )
)    CV 11-0042-PHX-GMS
Heartland Express Incorporated of Iowa, )
)
     Defendant.  )
_____)

___ **Jury Verdict(s).**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict(s).

✓ **Decision by Court During Jury Trial**.  Having granted Defendant's Renewed Motion for Judgment as a Matter of Law, the remaining claim, Count 2, for FMLA is dismissed.

  IT IS ORDERED and ADJUDGED:

  Judgment is entered in favor of Defendant Heartland Express Incorporated of Iowa and against Plaintiff Rafael Brea.

 November 29th   2012   BRIAN D. KARTH
  Date       District Court Executive/Clerk

           s/ Kathy M. Gerchar
cc: (all counsel)    (By) Kathy M. Gerchar, Deputy Clerk